# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                              Plaintiff,<br><br>   v.<br><br>DRIP GLOBAL, INC. f/k/a AVENUE 81 INC., a Delaware corporation,<br><br>                              Defendant. | Case No. 22-cv-1682-BAS-AGS<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF LEAVE TO ELECTRONICALLY FILE DOCUMENTS (ECF No. 14); and**<br><br>**(2) GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE (ECF No. 15)** |

Before the Court are two motions filed by Plaintiff Thane Charman. (ECF Nos. 14, 15.) <u>First</u>, Charman moves *ex parte* for permission to use the CM/ECF filing system in accordance with ECF Administrative Policies and Procedures. (ECF No. 14.) Charman has sufficiently stated he has access to the necessary equipment and software capabilities to electronically file documents. The Court therefore **GRANTS** Charman's motion for leave to do so. *Cf. In re Cisse*, No. 20-cv-1694-BAS-WVG, 2020 WL 6561426, at *1 (S.D. Cal.

Nov. 9, 2020).  Charman must register as a user with the Clerk's Office and as a subscriber to PACER **within seven days of this Order**.

  <u>Second</u>, Charman attests that after meeting and conferring with Defendant Avenue 81 Inc., the parties have agreed upon mutual extensions of time with respect to the briefing schedule that governs Avenue 81 Inc.'s pending motion to dismiss (Mot. to Dismiss, ECF No. 13).  (Unopposed Mot., ECF No. 15.)  Accordingly, Charman moves unopposed to extend his deadline to reply to Avenue 81 Inc.'s Motion until February 27, 2023, and to extend Avenue 81 Inc.'s deadline to reply until March 13, 2023.  (Unopposed Mot. ¶¶ 2–3.)  Having reviewed the submission and good cause having been found, the Court:

1. **ORDERS** Charman to file an opposition to Avenue 81 Inc.'s Motion, or request an extension of time to do so, **by no later than February 27, 2023**;

2. **ORDERS** Avenue 81 Inc. to reply, or request an extension of time to do so, **by no later than March 13, 2023;** and

3. **SETS** Avenue 81 Inc.'s Motion for hearing on **March 20, 2023**.[1]

**IT IS SO ORDERED.**

DATED: February 22, 2023

Hon. Cynthia Bashant
United States District Judge

---

[1] The hearing date is solely for purposes of setting the briefing schedule.  *See* Judge Bashant's Standing Order for Civil Cases, § 4B.  The parties need not appear in court on that date for oral argument unless otherwise informed by the Court.  *Id.* § 4C.