1  BLANK ROME LLP
   Ana Tagvoryan (SBN 246536)
2  ana.tagvoryan@blankrome.com
   Harrison Brown (SBN 291503)
3  harrison.brown@blankrome.com
   Morgan Bubman (SBN 345655)
4  morgan.bubman@blankrome.com
   2029 Century Park East, 6th Floor
5  Los Angeles, California 90067
   Telephone:  424.239.3400
6  Facsimile:  424.239.3434

7  Attorneys for Defendant
   DRIP GLOBAL, INC., f/k/a AVENUE 81, INC.
8

9              **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11 | THANE CHARMAN, | Case No. 3:22-cv-01682-BAS-AGS |

12 | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

13 | vs. | |

14 | AVENUE 81 INC., a Delaware corporation, | Complaint Filed:  October 28, 2022
Trial Date:         Not Set |

15 | Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Thane Charman ("Plaintiff") and Defendant Drip Global, Inc., f/k/a Avenue 81 Inc. ("Defendant") hereby stipulate to the dismissal of this action with prejudice.

SO STIPULATED.

DATED: 3/8/2023

By: *THANE CHARMAN*
Thane Charman
Plaintiff

DATED: 3/7/2023   BLANK ROME LLP

By: *Morgan Bubman*
Ana Tagvoryan
Harrison Brown
Morgan Bubman
Attorneys for Defendant
DRIP GLOBAL, INC., f/k/a AVENUE 81, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is BLANK ROME LLP, 2029 Century Park East, 6th Floor, Los Angeles, CA 90067.

On **March 8, 2023**, I served the foregoing document(s): **STIPULATION OF DISMISSAL WITH PREJUDICE** on the interested parties in this action addressed and sent as follows:

## SEE ATTACHED SERVICE LIST

☒ **BY ENVELOPE:** by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivering such envelope(s):

☒ **BY MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressee(s) as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FEDEX:** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as indicated, with delivery fees paid or provided for, to be transmitted by FedEx.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION (Courtesy):** I caused a courtesy copy to be transmitted by e-mail or electronic transmission to the person(s) at the e-mail address(es) as indicated.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **March 8, 2023**, at Los Angeles, California.

/s/ Sandy Olalde
Sandy Olalde

161010.00602/130025959v.1

1

PROOF OF SERVICE

**SERVICE LIST**
*Thane Charman v. Avenue 81 Inc.*
USDC - Southern District Case No. 3:22-cv-01682-BAS-AGS

| | |
|---|---|
| Thane Charman | Plaintiff, Pro Se |
| 2270 Boundery St. | |
| San Diego, CA 92104 | |
| Telephone: 619-915-6198 | |
| Email: obey.tcpa@gmail.com | |
| Email: thane@thanemckane.com | |